# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIAM VERLANDER

NO. 2022 KW 0172

**APRIL 22, 2022**

---

In Re: William Verlander, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. unknown.

---

**BEFORE: WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT GRANTED.** When the defendant is continued in custody subsequent to an arrest, an indictment or information shall be filed within thirty days of the arrest if the defendant is being held for a misdemeanor and within sixty days of the arrest if the defendant is being held for a felony. See La. Code Crim. P. art. 701(B)(1)(a) (2021 La. Acts No. 252, § 1, effective January 1, 2022). Relator has been in the custody of the Washington Parish Jail since August 2021. The record of the Washington Parish Clerk of Court does not show that relator has been billed or arraigned on the charges at issue in his motion to be released. Lower courts must accept and consider *pro* se filings from represented defendants in a pre-verdict context whenever doing so will not lead to confusion at trial. See **State v. Thibodeaux**, 2017-0705 (La. 12/6/17), 236 So.3d 1253 (*per curiam*); **State ex rel. Dyer v. State**, 2011-1648 (La. 9/30/11), 71 So.3d 270. Accordingly, the district court is ordered to act on relator's *pro se* motion to be released pursuant to La. Code Crim. P. art. 701(B), if it has not already done so, on or before May 9, 2022. The court is also ordered to consider and act on relator's *pro se* motion for preliminary examination. A copy of the district court's rulings on the motions at issue herein shall be filed in this court on or before May 16, 2022. A copy of relator's original writ application will be forwarded to the district court's clerk of court.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT